UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY PAPASTRATIS,

       Plaintiff,

vs.

YAI/NATIONAL INSTITUTE FOR PEOPLE
WITH DISABILITIES,

       Defendant.

**ECF CASE**

Index No.: 08 CV 01554 (DAB)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
         ) ss.:
COUNTY OF NEW YORK )

   BRENDA G. BENNETT, being duly sworn, deposes and says: I am over the age of 18, am not a party to this action and I reside in Bronx County. On the 15th day of February, 2008, I served a true copy of the Summons and Complaint in this matter, as well as Judge Batts' individual rules of practice, and USDC/SDNY Instructions, Procedures and Guidelines for electronic case filing, upon:

  YAI/National Institute for People
   With Disabilities
  460 West 34th Street
  New York, NY

via hand-delivery at its offices to a representative of YAI, a young African-American woman, approximately 25-30 years old and 5'8" tall, who identified herself as Tarika Joshua.

                 _____
                  BRENDA G. BENNETT

Sworn to before me this
15th day of February, 2008.

_____
Notary Public

Philip A. Ponterio
Notary Public, State of New York
No. 01PO6175176
Qualified in Richmond County
Commission Expires October 9 2011