ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MARY PAPASTRATIS,

                Plaintiff,

        - against -

YAI/NATIONAL INSTITUTE FOR PEOPLE
WITH DISABILITIES,

                Defendant.
-----------------------------------------------------------x

08 CV 01554 (DAB)

**FED. R. CIV. P. 7.1
DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant, YAI/National Institute For People With Disabilities certifies that there are no corporate parents, subsidiaries or affiliates for the Defendant that are publicly held.

Dated:   New York, New York
           March 5, 2008

                                            Respectfully submitted,

                                            CLIFTON BUDD & DeMARIA, LLP
                                            *Attorneys for Defendant*

                                            By: _____
                                                Daniel C. Moreland (DM-2672)
                                                420 Lexington Avenue – Suite 420
                                                New York, NY 10170
                                                (212) 687-7410

## AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK      )
                                              : ss.
COUNTY OF NEW YORK )

    VIRGINIA CUATON, deposes and says:

    I am not a party of the action, I am over 18 years of age, and I reside in Jersey City, New Jersey.

    On March 5, 2008, I served the within **FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT** upon:

    Chaim B. Book, Esq.
    1372 Broadway, 14th Floor
    New York, New York  10018

at the address designated by said attorney for that purpose, by depositing true copies of the same enclosed in a postage-paid, properly addressed wrapper in a depository under the exclusive care and custody of the United States Post Office within New York State.

_____
VIRGINIA CUATON

Sworn to before me this
5th day of March 2008

_____
Notary Public

STEPHANIE M SNYDER
Notary Public - State of New York
NO. 01SN6176413
Qualified in Westchester County
My Commission Expires 10/28/11